1
2
3
4
5
6
7
8
9           **UNITED STATES DISTRICT COURT**
10          **EASTERN DISTRICT OF CALIFORNIA**
11
12  JOHANSON TRANSPORTATION            )  No.  1:15-cv-00049---SKO
    SERVICES,                          )
13                                     )  **ORDER DIRECTING**
                    Plaintiff,         )  **CLERK TO CLOSE CASE**
14                                     )
            vs.                        )
15  SDS TRUCKING, INC., et al.,        )
                                       )
16                  Defendants.        )
                                       )
17  _____)
18
19      On August 13, 2015, Plaintiff Johanson Transportation Services ("Plaintiff") filed a

20  notice of voluntary dismissal against all Defendants, *without prejudice*, pursuant to Federal

21  Rule of Civil Procedure 41(a)(1)(i).  (Doc. 29.)

22      In relevant part, Rule 41(a)(1) provides as follows:

23      [A] plaintiff may dismiss an action without a court order by filing: (i) a notice
        of dismissal before the opposing party serves either an answer or a motion for
24      summary judgment; or (ii) a stipulation of dismissal signed by all parties who
        have appeared.
25

26  Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some

27  or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically

28  terminates the action as to the defendants who are the subjects of the notice."  *Wilson v. City of*

1 | *San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

2 |       Because Plaintiff filed a notice of dismissal of the entire action under Rule

3 | 41(a)(1)(A)(i), the claims against all Defendants have been automatically terminated without

4 | prejudice.  Fed. R. Civ. P. 41(a)(1)(A)(i); 41(a)(1)(B).

5 |       Accordingly, IT IS HEREBY ORDERED that:

6 |     1.    The entire matter is DISMISSED with prejudice as to all Defendants; and

7 |     2.    The Clerk of the Court is DIRECTED to close this case.

8 |

9 | IT IS SO ORDERED.

10 | Dated:   **August 14, 2015**                              **/s/ Sheila K. Oberto**

11 |                                        UNITED STATES MAGISTRATE JUDGE